# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 16-1263 _____ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

**COUNSEL FOR:** BRIDGEFIELD CASUALTY INSURANCE COMPANY _____ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

/s/ JESSICA C. TYNDALL
(signature)

| | |
|---|---|
| JESSICA C. TYNDALL | (919) 719-8235 |
| Name (printed or typed) | Voice Phone |
| MCANGUS GOUDELOCK & COURIE | (919) 510-9825 |
| Firm Name (if applicable) | Fax Number |
| POST OFFICE BOX 30516 | |
| RALEIGH NORTH CAROLINA 27622 | jessica.tyndall@mgclaw.com |
| Address | E-mail address (print or type) |

---

## CERTIFICATE OF SERVICE

I certify that on _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

J. David Stradley
White & Stradley, PLLC
3105 Charles B. Root Wynd
Raleigh, North Carolina 27612
Attorney for Juan R. Cervantes
Email: stradley@whiteandstradley.com

Brian M. Ricci
Ricci Law Firm, P.A.
Post Office Box 483
Greenville, North Carolina 27835
Attonrey for Juan R. Cervantes
Email: bmricci@riccilawnc.com

/s/JESSICA C. TYNDALL                                03/24/2016
Signature                                            Date

01/19/2016 SCC