FILED: March 25, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1263 (L)
(1:15-cv-00081-JLW)
_____

JUAN R. CERVANTES

    Plaintiff - Appellant

v.

BRIDGEFIELD CASUALTY INSURANCE COMPANY

    Defendant - Appellee

_____

O R D E R
_____

The court consolidates Case No. 16-1263 and Case No. 16-1324 as cross appeals. The appellant in Case No. 16-1263 shall be considered the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk